UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

SMIRNA ORTIZ,

    Petitioner,

v.

WARDEN LOVETT,

    Respondent.

Civil Action No. 5: 22-323-KKC

**JUDGMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1.     Smirna Ortiz's petition [R. 1] is **DENIED**.

2.     This is a **FINAL** Judgment.

Entered: December 15, 2022.

*/s/ Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY